**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** *ex rel.* **DONNA HECKER-GROSS,** | : | |
| | : | |
| Plaintiffs, | : | **FILED UNDER SEAL** |
| v. | : | **CIVIL NO. PX-18-03459** |
| **LABORATORY CORPORATION OF AMERICA, INC.,** | : | |
| Defendant. | : | |

...oOo...

**ORDER**

With the United States having filed a Notice of Intervention and Request to Lift the Seal, **IT IS HEREBY ORDERED** that the Complaint, the United States' Notice of Intervention, and all other filings in this case after the date of this Order shall be unsealed. All other filings in this case shall remain under seal. By no later than April 20, 2023, the parties shall file a stipulation of dismissal or, in the event the case does not settle, a joint status report.

IT IS SO ORDERED, this 21st day of March, 2023.

/S/
Paula Xinis
United States District Judge